IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LITE TECH, INC. | : |
| | : |
| Plaintiff | : Civil Action No. 2:17-cv-00780-JHS |
| | : |
| v. | : |
| | : |
| INFAB CORPORATION | : |
| | : |
| Defendant | : |

### ENTRY OF APPEARANCE

To the Clerk:

Please enter the appearance of Beverly Weiss Manne, Ryan P. Siney and Evan Pappas, and the law firm of Tucker Arensberg, P.C. on behalf of Defendant, Infab Corporation, in the above-captioned matter. This is a special appearance made without waiving any defense or objection to jurisdiction and venue in this Court.

Dated: April 11, 2017

Respectfully submitted,

TUCKER ARENSBERG, P.C.

/s/ Beverly Weiss Manne
Beverly Weiss Manne,  Pa. I.D. 34545
1500 One PPG Place
Pittsburgh, PA 15222
Phone: (412) 566-1212
Fax: (412) 594-5619
bmanne@tuckerlaw.com

Ryan P. Siney,  Pa. I.D. 209190
Evan Pappas, Pa. I.D. 200103
2 Lemoyne Drive, Suite 200
Lemoyne, PA 17043
Phone: (717) 234-4121
Fax: (717) 232-6802
rsiney@tuckerlaw.com

BANK_FIN:558863-1 029594-179145

**CERTIFICATE OF SERVICE**

    I, Beverly Weiss Manne, hereby certify that on April 11, 2014 I served a copy of the foregoing Entry of Appearance on the following persons by CM/ECF:

John F. A. Earley, III
jackearley@hardingearley.com
Frank J. Bonini, Jr.
fbonini@hardingearley.com
HARDING, EARLEY, FOLLMER & FRAILEY, P.C.
86 The Commons at Valley Forge East
1288 Valley Forge Road
P.O. Box 750
Valley Forge, PA 19482-0750
*Counsel for Plaintiff*

Dated:  April 11, 2017                          TUCKER ARENSBERG, P.C.

                                                 /s/ *Beverly Weiss Manne*
                                                 Beverly Weiss Manne